Gay L. Carroll, SBN 203803
Law Offices of Gay Carroll
400 Capitol Mall, Suite 900
Sacramento, California 95814
(916) 443-3553
Fax: (916) 443-2424

Larry Schapiro, SBN 052953
1119 West Street
Woodland, California 95695-4644
Phone:  (530) 666-2757
Fax:     (530) 666-1143

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE M., DONALD M., SR. and DONALD M., JR., by and through his guardian ad litem, DONALD M., SR., <br><br>　　Plaintiffs, <br><br>　v. <br><br>DUNSMUIR JOINT UNION SCHOOL DISTRICT, ROBERT MORRIS, individually, CHRISTOPHER RAINE, individually, ANTHONY PAGANINI, individually, PAULA SCHMITT, individually, and DOES 1 through 15, inclusive, <br><br>　　Defendants. | Case No. 2:04-cv-2411 MCE PAN <br><br>**ORDER** <br><br>[Local Rule 6-144] |

# **ORDER**

Having considered plaintiffs' ex parte application for an extension of the discovery cut-off date and finding good cause therefore,

IT IS HEREBY ORDERED that the date for all discovery, with the exception of expert discovery, shall be completed by March 13, 2006. The remaining portion of paragraph IV., Discovery, of the Pretrial (Status) Scheduling Order shall remain the same.

Dated: January 4, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE