UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHELLE M., DONALD M., SR, and DONALD M., JR., by and through his guardian ad litem, DONALD M., SR.,

        Plaintiffs,

        v.

DUNSMUIR JOINT UNION SCHOOL DISTRICT, et al.,

        Defendants.

CIV S-04-2411 MCE PAN

ORDER

—oOo—

Defendants move to compel plaintiffs' answers to interrogatories. Fed. R. Civ. P. 33, 37. As oral argument is unnecessary to resolve this matter, the February 15, 2006, hearing is vacated and the court issues this order. E. D. Cal. L. R. 78-230(h).

Defendants Paganini and Raine propounded interrogatories upon plaintiffs November 7, 2005; defendants Morris, Schmitt, Pagnani and Raine propounded a separate set of interrogatories upon plaintiffs December 9, 2005. Plaintiffs' responses were due, respectively, on December 7, 2005, and January 8, 2006.

Despite requests by defense counsel and promises by plaintiffs' counsel, plaintiffs have not responded to either set of interrogatories. Defense counsel sent a meet and confer letter to plaintiffs' counsel on January 13, 2006, but received no response. Defense counsel has filed a declaration demonstrating plaintiffs' "total failure to respond," exempting compliance with the joint statement requirement. E. D. Cal. L. R. 37-251(e).

A party served with interrogatories pursuant to Rule 33 is obliged to serve answers or objections and any answers provided must be verified. Fed. R. Civ. P. 33(b). These obligations must be satisfied within 30 days unless that time is modified in writing by the parties. Absent such an agreement, all objections and claims of privilege are waived when the deadline imposed by Rule 33 expires. Richmark Corporation v. Timber Falling Consultants, 959 F.2d 1468, 1474 (9th Cir. 1992) ("It is well established that a failure to object to discovery requests within the time required constitutes a waiver of any objection"); Davis v. Fendler, 650 F.2d 1154, 1160 (9th Cir. 1981)).

Accordingly, IT IS HEREBY ORDERED that plaintiffs shall provide verified answers to defendants' interrogatories, without objection or claim of privilege, within twenty days from the date of this order.

DATED: February 17, 2006.

UNITED STATES MAGISTRATE JUDGE

006.duns2411.ord