IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLE M., DONALD M., SR, and
DONALD M., JR., by and through
his guardian ad litem, DONALD M., SR.,

      Plaintiffs,                                CIV S-04-2411 MCE PAN

      vs.

DUNSMUIR JOINT UNION
SCHOOL DISTRICT, et al.,

      Defendants.                              <u>ORDER</u>

_____/

        Pursuant to the order filed March 15, 2006, a copy of the Davis report was submitted for <u>in camera</u> review. The report consists of a binder containing about three inches of paper broken up into fifty tabbed items. The court read the report. The only reference to this action is a communication from the plaintiffs herein. Nothing else in the report relates to this case and nothing is likely to lead to the discovery of evidence which would be admissible in this case. Accordingly, IT IS HEREBY ORDERED that plaintiffs' January 27, 2006 motion to compel production of documents is denied with respect to the Davis report.

DATED: April 25, 2006.

                                              UNITED STATES MAGISTRATE JUDGE