1  Gay L. Carroll, SBN 203803
   Law Offices of Gay Carroll
2  770 L Street, Suite 950
   Sacramento, California 95814
3  (916) 443-3553
   Fax: (916) 443-2424
4

5  Attorney for Plaintiffs

6          **IN THE UNITED STATES DISTRICT COURT**

7          **EASTERN DISTRICT OF CALIFORNIA**
8

9                                        )
   MICHELLE M., DONALD M., SR.           )
10 and DONALD M., JR., by and            )   Case No. 2:04-cv-02411-MCE-PAN
   through his guardian ad litem,        )
11 DONALD M., SR.,                       )
                                         )   **ORDER TO TERMINATE**
12                                       )   **GUARDIANSHIP AD LITEM FOR**
         Plaintiffs,                     )   **DONALD M., JR.; DECLARATION**
13    v.                                 )   **OF DONALD M., SR. AND DONALD**
                                         )   **M., JR.**
14 DUNSMUIR JOINT UNION                  )
   SCHOOL DISTRICT, ROBERT               )   TRIAL DATE:  9/24/07
15 MORRIS, individually,                 )
   CHRISTOPHER RAINE,                    )
16 individually, ANTHONY                 )
   PAGANINI, individually, PAULA         )
17 SCHMITT, individually, and DOES       )
   1 through 15, inclusive,              )
18                                       )
                                         )
19       Defendants.                     )
                                         )
20                                       )

21

22      The petition for an order terminating Donald M., Sr.'s guardianship ad litem for

23 petitioner Donald M., Jr. (Donnie), who is no longer a minor, is GRANTED.

24      IT IS SO ORDERED.

25 DATED:  August 30, 2007

26

27      _____
        MORRISON C. ENGLAND, JR.
28      UNITED STATES DISTRICT JUDGE

                          1

Petition and Order for Termination of Guardianship Ad Litem for Donald M., Jr.